```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 01122
   ANDRE NEWELL
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-4445


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/23/2007 and was confirmed 07/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                 PAID             PAID
--------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY            20747.44           .00              .00
INTERNAL REVENUE SERVICE  PRIORITY            NOT FILED          .00              .00
SPRINT PCS                UNSECURED             339.55           .00              .00
ASSET ACCEPTANCE CORP     UNSECURED             338.47           .00              .00
CITY OF CHICAGO PARKING   UNSECURED            4897.73           .00              .00
WOW INTERNET & CABLE SER  UNSECURED            NOT FILED          .00              .00
EXXON MOBILE              UNSECURED            NOT FILED          .00              .00
PEOPLES GAS               UNSECURED            NOT FILED          .00              .00
INTERNAL REVENUE SERVICE  UNSECURED           29230.74           .00              .00
LINDIS COLLECTION         UNSECURED            NOT FILED          .00              .00
MEDICAL COLLECTION        UNSECURED            NOT FILED          .00              .00
HOLY CROSS HOSPITAL       UNSECURED            NOT FILED          .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            1548.96           .00              .00
COMMONWEALTH EDISON       UNSECURED            NOT FILED          .00              .00
ASPIRE VISA GOLD          UNSECURED             921.14           .00              .00
COMCAST                   UNSECURED             383.28           .00              .00
AT&T                      UNSECURED             970.88           .00              .00
ILLINOIS TITLE LOANS      SECURED VEHIC        1250.00         60.17           123.83
ILLINOIS TITLE LOANS      UNSECURED             101.22           .00              .00
TANYA NEWELL              NOTICE ONLY         NOT FILED          .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY          2,314.00                        747.58
TOM VAUGHN                TRUSTEE                                               68.42
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   1,000.00

PRIORITY                                         .00
SECURED                                       123.83

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 01122 ANDRE NEWELL
```

```
     INTEREST                                                60.17
UNSECURED                                                      .00
ADMINISTRATIVE                                              747.58
TRUSTEE COMPENSATION                                         68.42
DEBTOR REFUND                                                  .00
                                    ----------------    ----------------
TOTALS                                     1,000.00           1,000.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 03/27/08           _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE










                          PAGE   2
         CASE NO. 07 B 01122 ANDRE NEWELL